UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JESSICA WEYANT, individually and on behalf :
of others similarly situated, :
                                            Plaintiff, :         17 Civ. 8230 (LGS)
:
           -against- :         ORDER
:
THE PHIA GROUP LLC and INDECS :
CORPORATION, :
                                       Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 26, 2019, the Court issued an Opinion denying Plaintiff's motion for summary judgment and granting Defendants' motion for summary judgment.

WHEREAS, on August 27, 2020, the Second Circuit issued an Opinion vacating the judgment of this Court and remanding this case for further proceedings.

WHEREAS, on September 17, 2020, the mandate of the Second Circuit issued. It is hereby

**ORDERED** that by **September 25, 2020**, the parties shall file a joint letter proposing next steps.

Dated: September 18, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**