```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JESSICA WEYANT, individually and behalf of                  :
all others similarly situated,                              :
                                    Plaintiff,              :   17 Civ. 8230 (LGS)
                                                            :
               -against-                                    :   ORDER
                                                            :
THE PHIA GROUP LLC et al.,                                  :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference in this matter is scheduled for August 26, 2021, at 10:40 a.m.

It is hereby

**ORDERED** that the conference is **adjourned** to **August 26, 2021, at 11:10 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333.

Dated: August 24, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**