UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WEYANT,
                                Plaintiff,

-against-                      17 Civ. 8230 (LGS)

                                            ORDER
THE PHIA GROUP LLC, et al.,
                                Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on August 26, 2021.

      WHEREAS, for the reasons stated at the conference, it is hereby

      **ORDERED** that by **September 14, 2021**, Plaintiff shall file her motion to amend the Second Amended Complaint addressing (i) causes of action Plaintiff asserts based on facts in the record and (ii) the applicability of New York General Obligations Law ("GOL") § 5-335 to Defendants under an agency or other theory.  Plaintiff's motion shall be accompanied by a draft Third Amended Complaint marked to show changes to the Second Amended Complaint.  Defendants shall file their opposition by **October 12, 2021**.  Plaintiff shall file her reply by **October 26, 2021**.  All submissions shall be per the Individual Rules.

Dated: August 26, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE